FILED
2010 JUN -4 A 11: 55
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:          No 97-CV-02118 VRW

Vincent Joseph Kilduff,          ORDER

    State Bar No 57494

    It appearing that Vincent James Kilduff has been a member in good standing of the State Bar of California since May 28, 1997, and that the order removing Mr Kilduff from the roll of attorneys authorized to practice before this court post-dated his reinstatement by the State Bar, the July 14, 1997, order of removal is vacated.

    IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge